IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, *et al.*,<br>　　*Plaintiffs,* | §<br>§<br>§ | |
| v. | § | NO. 5:16-CV-00257-OLG |
| | § | |
| ROLANDO PABLOS, *et al.*,<br>　　*Defendants.* | §<br>§<br>§ | |

### DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants, Rolando Pablos, in his official capacity as Texas Secretary of State, and Steven C. McCraw, in his official capacity as Director of the Texas Department of Public Safety, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment signed on May 18, 2018 and entered on May 21, 2018 in the above-captioned cause (Doc. 109).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

1

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Texas Bar No. 24078898
ESTEBAN S.M. SOTO
Texas Bar. No. 24052284
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4074
(512) 320-0667 FAX
anna.mackin@oag.texas.gov
esteban.soto@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I certify that on this the 21st day of May, 2018, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Assistant Attorney General