# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE              TEL. 504-310-7700
CLERK                  600 S. MAESTRI PLACE
                     NEW ORLEANS, LA 70130

August 07, 2018

Mr. Matthew Hamilton Frederick
Office of the Solicitor General
for the State of Texas
209 W. 14th Street
Austin, TX 78701

Mr. Scott A. Keller
Office of the Solicitor General
for the State of Texas
209 W. 14th Street
Austin, TX 78701

Ms. Beth Ellen Klusmann
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Ms. Anne Marie Mackin
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, TX 78711-2548

  No. 18-50428  Jarrod Stringer, et al v. Rolando Pablos, et al
          USDC No. 5:16-CV-257


Dear Mr. Frederick, Mr. Keller, Ms. Klusmann, Ms. Mackin,

The following pertains to your brief electronically filed on August 01, 2018.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Cindy M. Broadhead, Deputy Clerk
504-310-7707

cc:
    Mr. Ryan Vincent Cox
    Ms. Rachel A. Gross
    Mr. Peter A. Kraus
    Ms. Mimi Murray Digby Marziani
    Mr. Hani Mirza
    Mr. Charles S. Siegel
    Ms. Caitlyn E. Silhan

Case No. 18-50428

JARROD STRINGER; BENJAMIN HERNANDEZ; JOHN WOODS,

    Plaintiffs - Appellees

v.

ROLANDO PABLOS, In His Official Capacity as the Texas Secretary of State; STEVEN C. MCCRAW, in His Official Capacity as the Director of the Texas Department of Public Safety,

    Defendants - Appellants