# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 07, 2018

Mr. Ryan Vincent Cox
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Ms. Rachel A. Gross
Waters & Kraus, L.L.P.
3141 Hood Street
Suite 700
Dallas, TX 75219

Mr. Peter A. Kraus
Waters & Kraus, L.L.P.
3141 Hood Street
Suite 700
Dallas, TX 75219

Ms. Mimi Murray Digby Marziani
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. Hani Mirza
Texas Civil Rights Project
1412 Main Street
Suite 608
Dallas, TX 75202

Mr. Charles S. Siegel
Waters & Kraus, L.L.P.
3141 Hood Street
Suite 700
Dallas, TX 75219

Ms. Caitlyn E. Silhan
Waters & Kraus, L.L.P.
3141 Hood Street
Suite 700
Dallas, TX 75219

No. 18-50428   Jarrod Stringer, et al v. Rolando Pablos, et al
              USDC No. 5:16-CV-257

Dear Mr. Cox, Ms. Gross, Mr. Kraus, Ms. Marziani, Mr. Mirza, Mr. Siegel, Ms. Silhan,

The following pertains to your brief electronically filed on 08/31/2018.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Cindy M. Broadhead, Deputy Clerk
                              504-310-7707

cc:
    Mr. Matthew Hamilton Frederick
    Mr. Scott A. Keller
    Ms. Beth Ellen Klusmann
    Ms. Anne Marie Mackin

Case No. 18-50428

JARROD STRINGER; BENJAMIN HERNANDEZ; JOHN WOODS,

    Plaintiffs - Appellees

v.

ROLANDO PABLOS, In His Official Capacity as the Texas Secretary of State; STEVEN C. MCCRAW, in His Official Capacity as the Director of the Texas Department of Public Safety,

    Defendants - Appellants