# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 20, 2018

Mr. Matthew Hamilton Frederick
Office of the Solicitor General
for the State of Texas
209 W. 14th Street
Austin, TX 78701

    No. 18-50428    Jarrod Stringer, et al v. Rolando Pablos, et al
                         USDC No. 5:16-CV-257

Dear Mr. Frederick,

We have reviewed the appellants' reply brief electronically filed September 14, 2018, and it is sufficient.

You must submit the **7 paper copies** of the appellants' reply brief required by 5ᵀᴴ Cɪʀ. R. 31.1 within **5 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1 **(Gray front covers are required -See F.R.A.P. 32(a)(2))**.

Failure to timely provide the appropriate number of copies may result in disciplinary action.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Dantrell L. Johnson, Deputy Clerk
                                        504-310-7689

cc:  Mr. Ryan Vincent Cox
     Ms. Rachel A. Gross
     Mr. Kyle Douglas Hawkins
     Ms. Beth Ellen Klusmann
     Mr. Peter A. Kraus
     Ms. Anne Marie Mackin
     Ms. Mimi Murray Digby Marziani
     Mr. Hani Mirza
     Mr. Charles S. Siegel
     Ms. Caitlyn E. Silhan