# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE　　　　　　　　　　　　　　　　　　　　　　　　TEL. 504-310-7700
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　600 S. MAESTRI PLACE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NEW ORLEANS, LA 70130

September 21, 2018

Mr. Davin McKay Rosborough
American Civil Liberties Union
915 15th Street, N.W.
Washington, DC 20005-0000

　　　No. 18-50428　　Jarrod Stringer, et al v. Rolando Pablos, et al
　　　　　　　　　　　USDC No. 5:16-CV-257

Dear Mr. Rosborough,

The following pertains to your brief electronically filed on 9/21/18.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　　　　*Melissa Mattingly*
　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Melissa V. Mattingly, Deputy Clerk
　　　　　　　　　　　　　　　　　504-310-7719

cc:
　　　Mr. Ryan Vincent Cox
　　　Mr. Matthew Hamilton Frederick
　　　Ms. Rachel A. Gross
　　　Mr. Kyle Douglas Hawkins
　　　Ms. Beth Ellen Klusmann

Mr. Peter A. Kraus
Ms. Anne Marie Mackin
Ms. Mimi Murray Digby Marziani
Mr. Hani Mirza
Mr. Edgar Saldivar
Ms. Niyati Shah
Mr. Charles S. Siegel
Ms. Caitlyn E. Silhan