# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 11, 2019

Mr. Chiraag Bains
Demos
740 6th Street, N.W.
2nd Floor
Washington, DC 20001

Mr. Matthew Hamilton Frederick
Office of the Solicitor General
for the State of Texas
209 W. 14th Street
Austin, TX 78701

Mr. Kyle Douglas Hawkins
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Ms. Beth Ellen Klusmann
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Ms. Mimi Murray Digby Marziani
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. Davin McKay Rosborough
American Civil Liberties Union
915 15th Street, N.W.
Washington, DC 20005-0000

Mr. Charles S. Siegel
Waters & Kraus, L.L.P.
3141 Hood Street
Suite 700
Dallas, TX 75219

Mr. Edgar Saldivar
American Civil Liberties Union of Texas
1500 McGowen Street
Suite 250
Houston, TX 77004

Mr. Ryan Vincent Cox
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Ms. Rachel A. Gross
Waters & Kraus, L.L.P.
3141 Hood Street
Dallas, TX 75219

Mr. Peter A. Kraus
Waters & Kraus, L.L.P.
3141 Hood Street
Suite 700
Dallas, TX 75219

Mr. Hani Mirza
Texas Civil Rights Project
1412 Main Street
Suite 608
Dallas, TX 75202

Ms. Niyati Shah
AAJC
1620 L Street, N.W.
Suite 1050
Washington, DC 20036

Ms. Caitlyn E. Silhan
Waters & Kraus, L.L.P.
3141 Hood Street
Suite 700
Dallas, TX 75219

No. 18-50428     Jarrod Stringer, et al v. David Whitley, et al
                 USDC No. 5:16-CV-257


Dear Counsel:

Please be advised that Mr. David Whitley has been substituted in this matter for Mr. Rolando Pablos, as the Texas Secretary of State. Attached is the new caption to be used on all future filings

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Melissa Mattingly*

                    By: _____
                    Melissa V. Mattingly, Deputy Clerk
                    504-310-7719

Case No. 18-50428

JARROD STRINGER; BENJAMIN HERNANDEZ; JOHN WOODS,

Plaintiffs - Appellees

v.

DAVID WHITLEY, In His Official Capacity as the Texas Secretary of State; STEVEN C. MCCRAW, in His Official Capacity as the Director of the Texas Department of Public Safety,

Defendants - Appellants