# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————————————

No. 18-50428

———————————————

D.C. Docket No. 5:16-CV-257

United States Court of Appeals
Fifth Circuit

**FILED**

November 13, 2019

Lyle W. Cayce
Clerk

JARROD STRINGER; BENJAMIN HERNANDEZ; JOHN WOODS,

Plaintiffs - Appellees

v.

DAVID WHITLEY, In His Official Capacity as the Texas Secretary of State;
STEVEN C. MCCRAW, in His Official Capacity as the Director of the Texas
Department of Public Safety,

Defendants - Appellants

Appeal from the United States District Court for the
Western District of Texas

Before OWEN, Chief Judge, and CLEMENT and HO, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by
counsel.

It is ordered and adjudged that the judgment of the District Court is
reversed, vacated and remanded to the District Court for further proceedings
in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that plaintiffs-appellees pay to defendants-
appellants the costs on appeal to be taxed by the Clerk of this Court.


JAMES C. HO, Circuit Judge, concurring.