# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 05, 2019

Ms. Jeannette Clack
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

    No. 18-50428    Jarrod Stringer, et al v. David Whitley, et al
                       USDC No. 5:16-CV-257

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

cc w/encl:
    Mr. Chiraag Bains
    Mr. Ryan Vincent Cox
    Mr. Matthew Hamilton Frederick
    Ms. Rachel A. Gross
    Mr. Kyle Douglas Hawkins
    Ms. Beth Ellen Klusmann
    Mr. Peter A. Kraus
    Ms. Mimi Murray Digby Marziani
    Mr. Hani Mirza
    Mr. Davin McKay Rosborough
    Mr. Edgar Saldivar
    Ms. Niyati Shah
    Mr. Charles S. Siegel
    Ms. Caitlyn E. Silhan